UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Danny Roberts, #263846, | |
| Petitioner, | |
| v. | C/A No. 8:04-22638-GRA |
| Collie Rushton, Warden of McCormick Corr. Inst.; and Henry McMaster, Attorney General State of South Carolina, | ORDER (Written Opinion) |
| Respondents. | |

This matter is before this Court upon Petitioner's claim to seek habeas corpus relief pursuant to 28 U.S.C. § 2254. United States Magistrate Judge Bruce H. Hendricks issued a Report and Recommendation ("R&R") dated July 29, 2005, in which she recommended that Respondents' motion for summary judgment be denied, and Petitioner be given a new trial. Respondents filed their Objections to this R&R on August 12, 2005. That same day, Respondents received Petitioner's *pro se* request to dismiss his habeas corpus petition.

Pursuant to Federal Rule of Civil Procedure 41(a)(1) & (2), a plaintiff may not voluntarily dismiss his action without order of court after service of an answer or motion for summary judgment, unless a stipulation of dismissal is signed by all parties. Rule 41(a)(2) allows the court after this time to dismiss the action upon such terms as the court deems proper.

1

Respondents filed a Response to Petitioner's motion to dismiss, on August 16, 2005, stating they have no objection to the dismissal. "The effect of a voluntary dismissal without prejudice pursuant to Rule 41(a) 'is to render the proceedings a nullity and leave the parties as if the action had never been brought.'" *Smith v. Dowden,* 47 F.3d 940, 943 (8th Cir. 1995).

IT IS THEREFORE ORDERED that Petitioner's motion to dismiss is GRANTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August   25   , 2005.